**MINUTE ORDER - UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF TEXAS**

PLACE: Dallas   JUDGE: **Barbara M. G. Lynn**   DATE: December 13, 2016

REPORTER: Keith Johnson   MARSHAL:   DEPUTY: Becca Rutherford (law clerk)

INTERPRETER:   CSO:   COURT TIME: **15 mins TTL**

---

### CIVIL ACTIONS

| TIME | CASE NUMBER & STYLE | TYPE OF HEARING & RESULTS | ATTYS PRESENT |
|---|---|---|---|
| 10:00 a.m. | 3:15-MD-2614 IN RE: Industrial Print Tech LLC Patent Litigation | Telephone Conference Motion Hearing | Pla - Alison Richards Dft - Audrey Maness Dft - Edward Reines |
| | | The Court held a telephone conference to discuss procedural issues relating to the pending motion for an exceptional case finding. Order to enter. | |
| 10:15 a.m. | | Conference concluded. | |